# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### DUBLIN DIVISION

CHRISTOPHER BAUGHCUM, JR. , et al. )
 )
    Plaintiffs )
 )
v. )  Case No. 3:21-cv-00036
 )
GENOLA JACKSON, et al. )
 )
 )
    Defendants )

## RULE 26(f)  REPORT

1. Date of Rule 26(f) conference:  <u>7/15/21</u>

2. Parties or counsel who participated in conference:
<u>For Plaintiffs: Peter A. Patterson, William V. Bergstrom - Cooper & Kirk, PLLC.</u>
<u>For Defendant Probate Judges: Jason C. Waymire - Williams, Morris & Waymire.</u>
<u>For Defendant Wright: Deborah Gore - Office of the Attorney General of Georgia</u>

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
<u>N/A</u>

4. Date the Rule 26(a)(1) disclosures were made or will be made:
<u>N/A</u>

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

 (a) Identify the party or parties making the objection or proposal:

  <u>All parties.</u>

 (b) Specify the objection or proposal:

Given the primarily legal nature of the issues presented in this case, all parties have agreed to dispense with the Rule 26(a)(1) disclosures.

6.  The Local Rules provide a 140-day period for discovery.  If any party is requesting additional time for discovery,

(a)  Identify the party or parties requesting additional time:

N/A

(b)  State the number of months the parties are requesting for discovery:

N/A

months

(c)  Identify the reason(s) for requesting additional time for discovery:

N/A   Unusually large number of parties

_____   Unusually large number of claims or defenses

_____   Unusually large number of witnesses

_____   Exceptionally complex factual  issues

_____   Need for discovery outside the United States

_____   Other:

(d)  Please provide a brief statement in support of each of the reasons identified above:

N/A

_____
_____
_____
_____

7.   If any party is requesting that discovery be limited to particular issues or conducted in phases, please

    (a)   Identify the party or parties requesting such limits:

         N/A _____

         _____

         _____

    (b)   State the nature of any proposed limits:

         N/A _____

         _____

         _____

8.   The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions                    30 days after close of
                                            discovery

If any party requests a modification of any of these deadlines,

(a)   Identify the party or parties requesting the modification:

      Plaintiffs.
      _____

      _____

      _____

(b)   State which deadline should be modified and the reason
      supporting the request:

      Plaintiffs may seek to add additional individual plaintiffs past the 60-day deadline
      if the existing plaintiffs turn 21 before this case is finally adjudicated.
      Additionally, although not specified on the form, Plaintiffs reserve the right,
      consistent with the Federal Rules of Civil Procedure, to file rebuttal expert reports.
      _____

9.   If the case involves electronic discovery,

(a)   State whether the parties have reached an agreement
      regarding the preservation, disclosure, or discovery of
      electronically stored information, and if the parties prefer to
      have their agreement memorialized in the scheduling order,
      briefly describe the terms of their agreement:

      Parties do not anticipate needing such an agreement at this time.
      _____

      _____

(b)   Identify any issues regarding electronically stored
      information as to which the parties have been unable to
      reach an agreement:

      N/A
      _____

      _____

10. If the case is known to involve claims of privilege or protection of trial preparation material,

   (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   Parties do not anticipate needing such an agreement at this time.

   (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   N/A

   (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

   N/A

11. State any other matters the Court should include in its scheduling order:

   N/A

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case.
Please state any specific problems that have created a hindrance
to the settlement of the case:

The parties have discussed settlement, but because of the nature of the claims at issue

and the relief sought by Plaintiffs, the case does not lend itself to resolution through

settlement.

This ___26___ day of _____July_____,   2021.

Signed:   _Signatures  attached._____

*Attorney for Plaintiff*

_____

*Attorney for Defendant*

**s/ Peter A. Patterson**
Admitted *Pro Hac Vice*
Attorney for Plaintiffs, Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9600
E-Mail: ppatterson@cooperkirk.com


**s/ Deborah Nolan Gore**
Bar No. 437340
Attorney for Chris Wright, State of Georgia
40 Capitol Square, S.W
Atlanta, GA 30334-1300
Telephone: (404) 458-3289
E-Mail: dgore@law.ga.gov


**s/ Jason Waymire**
Bar No. 742602
Attorney for Genola Jackson,
Janice D. Spires, and Kathryn B. Martin,
Williams, Morris & Waymire, LLC
4330 S. Lee Street
Bldg. 400, Ste. A
Buford, GA 30518
Telephone: (678) 541-0790
E-Mail: jason@wmwlaw.com