# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  CIVIL ACTION NO. 3:21-cv-00036-DHB-BKE |
| GENOLA JACKSON, et al., | ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiffs respectfully move this Court to grant summary judgment in favor of Plaintiffs on all counts. In accordance with the Court's Local Rules, this motion is accompanied by a supporting memorandum consisting of a concise statement of reasons in support of this motion and citations of the authorities on which Plaintiffs rely, and a statement of undisputed material facts.

August 24, 2021                                                                    Respectfully Submitted,

/s/ David H. Thompson

| | |
|---|---|
| John R. Monroe | David H. Thompson* |
| John Monroe Law, P.C. | Peter A. Patterson* |
| 156 Robert Jones Road | William V. Bergstrom* |
| Dawsonville, GA 30534 | Cooper & Kirk, PLLC |
| (678) 362-7650 | 1523 New Hampshire Avenue, N.W. |
| jrm@johnmonroelaw.com | Washington, D.C. 20036 |
| State Bar No. 516193 | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |
| | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs*

1