IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 3:21-cv-00036-DHB-BKE |
| GENOLA JACKSON, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANT WRIGHT'S NOTICE OF INTENT TO FILE REPLY BRIEF
AND REQUEST FOR CLARIFICATION**

Pursuant to Local Rule 7.6, Defendant Col. Chris Wright hereby gives notice of his intent to file a reply brief in support of his Motion for Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment (Doc. 25), and in opposition to Plaintiffs' response thereto (Doc. 26).

Defendant Wright further requests clarification regarding his time to respond to Plaintiffs' Motion to Summary Judgment. In particular, Defendant Wright respectfully requests clarification from the Court that, should this Court deny his motion for extension of time, he would have fourteen days from the date of such denial to file a response to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

GEORGIA DEPARTMENT OF LAW

CHRISTOPHER M. CARR        112505
Attorney General

1

                                              2

                                  BETH BURTON           027500
                                  Deputy Attorney General

                                  TINA M. PIPER           142469
                                  Senior Assistant Attorney General

/s/*Deborah Nolan Gore*
DEBORAH NOLAN GORE   437340
Assistant Attorney General

*Counsel for defendant Col. Chris Wright*

Please serve:
Deborah Nolan Gore
40 Capitol Square, S.W
Atlanta, GA  30334-1300
Telephone: (404) 458-3289
dgore@law.ga.gov

        2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **DEFENDANT CHRIS WRIGHT'S NOTICE OF INTENT TO FILE A REPLY BRIEF** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

      This 10th day of September, 2021.

                                      */s/ Deborah Nolan Gore*
                                      DEBORAH NOLAN GORE

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 458-3289
dgore@law.ga.gov