**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

```
CHRISTOPHER BAUGHCUM, JR.;         *
ZANE MEYERS; SOPHIE LONG; and      *
FIREARMS POLICY COALITION, INC.;   *
                                   *
     Plaintiffs,                   *
                                   *
     v.                            *   CV 321-036
                                   *
GENOLA JACKSON, in her individual  *
capacity and in her official       *
capacity as Judge of the Laurens   *
County Probate Court; JANICE D.    *
SPIRES, in her individual capacity *
and in her official capacity as    *
Judge of the Houston County        *
Probate Court; KATHRYN B. MARTIN,  *
in her individual capacity and in  *
her official capacity as Judge of  *
the Lamar County Probate Court;    *
and CHRIS WRIGHT, in his individual*
capacity and in his official       *
capacity as Commissioner of the    *
Department of Public Safety,       *
                                   *
     Defendants.                   *
```

**O R D E R**

On August 10, 2021, Defendant Chris Wright filed a motion to dismiss the complaint, asserting that Plaintiffs lack standing.[1] On August 24, 2021, Plaintiffs responded to the motions to dismiss

---

[1] On the same day, the other Defendants collectively filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

and also filed a cross motion for summary judgment seeking judgment as a matter of law on their constitutional claims.

Presently before the Court is Defendant Chris Wright's motion for extension of time to respond to Plaintiffs' cross motion for summary judgment. In particular, Defendant Chris Wright does not wish to respond to Plaintiffs' cross motion for summary judgment until the pending motions to dismiss are resolved.[2] Plaintiffs oppose the extension.

Upon due consideration, Defendant Chris Wright's motion to extend time to respond to Plaintiffs' cross motion for summary judgment (doc. no. 25) is **GRANTED IN PART**. Defendant Chris Wright may respond to the cross motion for summary judgment by close of business on September 28, 2021.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of September, 2021.

_/s/ Dudley H. Bowen, Jr._
UNITED STATES DISTRICT JUDGE

---

[2] The other Defendants have not joined in or filed their own motion for extension of time to respond to Plaintiffs' motion for summary judgment.