# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| **ZANE MEYERS**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) |
| **GENOLA JACKSON**, *et al.*, | ) 3:21-CV-0036-DGB-BKE |
| | ) |
| **Defendants.** | ) |

## MOTION FOR RELIEF UNDER RULE 56(d)

COME NOW DEFENDANTS JACKSON, MARTIN and SPIRES, Defendants in this action, and, pursuant to OCGA § 9-11-56(d), move for a stay of the Court's ruling on Plaintiffs' premature motion for summary judgment until (1) the Court rules on Defendants' motion to dismiss, and (2) if any claims survive the motion to dismiss, then Defendants should have the benefit of discovery before having to respond to Plaintiffs' motion. Defendants require additional time to file, or to supplement, their response in opposition to Plaintiffs' summary judgment motion with the benefit of discovery. In support of this motion, Defendants submit the declaration of their counsel Jason Waymire.

Accordingly, for the reasons set forth in their Brief and in counsel's declaration, Defendants request the Court to stay its ruling on Plaintiffs' motion for

summary judgment, to provide Defendants time to conduct discovery (if Defendants' motion to dismiss is denied) and to afford Defendants additional time to file, or to supplement, their response in opposition to Plaintiffs' premature summary judgment motion.

Respectfully submitted,

WILLIAMS, MORRIS & WAYMIRE, LLC

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Defendants Jackson, Martin and Spires

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789
jason@wmwlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION, AFFIDAVIT** and **BRIEF IN SUPPORT** upon all parties by electronic delivery through the CM/ECF system.

This SEPTEMBER 14, 2021.

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602