IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENOLA JACKSON, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:21-cv-00036-DHB-BKE <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF INTENT TO FILE REPLY AND REQUEST FOR EXTENSION OF TIME**

Pursuant to Local Rule 7.6 and 6.1, Plaintiffs respectfully notify the Court of their intention to file a reply to the Probate Judge Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment ("Probate Judges' Opposition"), Doc. 31 (Sept. 14, 2021), filed yesterday in response to Plaintiffs' Cross-Motion for Summary Judgment, Doc. 20 (Aug. 24, 2021) and request an extension of time of 14 days in which to file their reply, from September 28, 2021 to October 12, 2021.

This Court has extended Defendant Chris Wright's deadline to respond to the same motion and his response is expected by September 28, 2021. Order, Doc. 29 (Sept. 13, 2021). In view of the interrelatedness of the Probate Judges' Opposition and the arguments Defendant Wright likely will make in his brief—to which Plaintiffs also intend to reply—a 14-day extension to Plaintiffs' deadline for filing a reply to the Probate Judges' Opposition will promote efficiency and judicial economy by allowing Plaintiffs to respond to all arguments in a single, unified brief. Counsel for Defendants do not object to this extension.

1

September 15, 2021                                         Respectfully Submitted,

John R. Monroe                                             /s/ David H. Thompson
John Monroe Law, P.C.                                      David H. Thompson
156 Robert Jones Road                                      Peter A. Patterson
Dawsonville, GA 30534                                      William V. Bergstrom
(678) 362-7650                                             Cooper & Kirk, PLLC
jrm@johnmonroelaw.com                                      1523 New Hampshire Avenue, N.W.
State Bar No. 516193                                       Washington, D.C. 20036
                                                           (202) 220-9600
                                                           (202) 220-9601 (fax)
                                                           dthompson@cooperkirk.com
                                                           ppatterson@cooperkirk.com
                                                           wbergstrom@cooperkirk.com
                                                           Admitted *pro hac vice*

                                                           *Attorneys for Plaintiffs*