# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENOLA JACKSON, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-cv-00036-DHB-BKE |

## NOTICE OF INTENT TO FILE REPLY

Pursuant to Local Rule 7.6, Plaintiffs respectfully notify the Court of their intention to file a reply to the Response of Defendant Col. Chris Wright in Opposition to Plaintiffs' Motion for Summary Judgment, Doc. 35 (Sept. 28, 2021), filed today in response to Plaintiffs' Cross-Motion for Summary Judgment, Doc. 20 (Aug. 24, 2021).

September 28, 2021                                                Respectfully Submitted,

/s/ David H. Thompson

| | |
|---|---|
| John R. Monroe <br> John Monroe Law, P.C. <br> 156 Robert Jones Road <br> Dawsonville, GA 30534 <br> (678) 362-7650 <br> jrm@johnmonroelaw.com <br> State Bar No. 516193 | David H. Thompson <br> Peter A. Patterson <br> William V. Bergstrom <br> Cooper & Kirk, PLLC <br> 1523 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> (202) 220-9600 <br> (202) 220-9601 (fax) <br> dthompson@cooperkirk.com <br> ppatterson@cooperkirk.com <br> wbergstrom@cooperkirk.com <br> Admitted *pro hac vice* <br><br> *Attorneys for Plaintiffs* |

1