# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| ZANE MEYERS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) |
| GENOLA JACKSON, *et al.*, | ) 3:21-CV-0036-DGB-BKE |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE BY DEFENDANTS
## JACKSON, MARTIN AND SPIRES THAT PLAINTIFFS' PRIMARY
## AUTHORITY WAS VACATED

COME NOW DEFENDANTS JACKSON, MARTIN and SPIRES, and hereby notify the Court that Plaintiffs' primary authority, a case from the Fourth Circuit (see Doc. 20-2 at 14, 22, 24), has been vacated and is of no value as a precedent, even in the Fourth Circuit. *Hirschfeld v. Bureau of Alcohol, Firearms, Tobacco & Explosives*, No. 19-2250, 2021 U.S. App. LEXIS 28725, at *11 (4th Cir. Sep. 22, 2021) (Wynn, concurring) (pointing out that "Once vacated, [a prior opinion] los[es] precedential value within [the Fourth] circuit." *In re Naranjo*, 768 F.3d 332, 344 n.15 (4th Cir. 2014) (quoting *In re Grand Jury Matter*, 926 F.2d 348, 350 (4th Cir. 1991)); *see also Quesinberry v. Life Ins. Co. of N. Am.*, 987 F.2d 1017, 1029 n.10 (4th Cir. 1993) (panel opinion vacated upon grant of rehearing en banc

has "no precedential value")).

        Respectfully submitted,

        WILLIAMS, MORRIS & WAYMIRE, LLC

        /s/ Jason C. Waymire
        JASON C. WAYMIRE
        Georgia Bar No. 742602
        Attorney for Defendants Jackson, Martin and Spires

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE** upon all parties by electronic delivery through the CM/ECF system.

This December 1, 2021.

        /s/ Jason C. Waymire
        JASON C. WAYMIRE
        Georgia Bar No. 742602