# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENOLA JACKSON, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:21-cv-00036-DHB-BKE |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Christopher Baughcum Jr., Zane Meyers, Sophie Long, and Firearms Policy Coalition, Inc. appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's orders and judgment dismissing this case, Exhibit A, "Order," Doc. 40 (April 5, 2022); Exhibit B, "Order," Doc. 43 (Oct. 6, 2022); Exhibit C, "Judgment," Doc. 44 (Oct. 6, 2022). Copies of these documents are attached hereto.

October 11, 2022

John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
(678) 362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
Admitted *pro hac vice*

*Attorneys for Plaintiffs*

1