FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

24 MAR -8 PM 12: 17

CLERK _M. Uein_
SO. DIST. OF GA.

CHRISTOPHER BAUGHCUM, JR.;          *
ZANE MEYERS; SOPHIE LONG; and       *
FIREARMS POLICY COALITION, INC.;    *
                                    *
        Plaintiffs,                 *
                                    *
        v.                          *      CV 321-036
                                    *
GENOLA JACKSON, in her individual   *
capacity and in her official        *
capacity as Judge of the Laurens    *
County Probate Court; JANICE D.     *
SPIRES, in her individual capacity  *
and in her official capacity as     *
Judge of the Houston County         *
Probate Court; and KATHRYN B.       *
MARTIN, in her individual capacity  *
and in her official capacity as     *
Judge of the Lamar County Probate   *
Court;                              *
                                    *
        Defendants.                 *

O R D E R

Presently before the Court is the parties' joint scheduling proposal following remand of the case from the Eleventh Circuit Court of Appeals. Upon consideration of the same, the Court hereby **STAYS** the case pending resolution of National Rifle Association, Inc. v. Bondi, Case No. 21-12314, which is before the Eleventh Circuit *en banc*. Upon issuance of a decision in Bondi, the parties

shall submit another joint scheduling proposal for the Court's consideration.

   **ORDER ENTERED** at Augusta, Georgia, this _____ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE