# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BAUGHCUM, JR., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:21-cv-00036-DHB-BKE |
| GENOLA JACKSON, et al., | ) ) ) ) | |
| Defendants. | ) | |

**JOINT SCHEDULING PROPOSAL**

Pursuant to this Court's order of March 8, 2024, the parties respectfully submit the following joint scheduling proposal for this Court's consideration in light of the Eleventh Circuit's recent Opinion in *National Rifle Association, Inc. v. Bondi*, No. 21-12314 (11th Cir. March 14, 2025). *Bondi* held that Florida's restrictions on 18-to-20-year-olds acquiring firearms were consistent with the Second Amendment. If it stands, that decision would affect this case, which challenges Georgia's restrictions on 18-to-20-year-olds carrying firearms as inconsistent with the Second Amendment. However, NRA may seek certiorari in *Bondi*, and there is additionally already another case pending certiorari review in the Supreme Court that also raises the issue of whether 18-to-20-year-olds have full rights under the Second Amendment. *See Jacobson v. Worth*, No. 24-782 (U.S.). Given that the Supreme Court will soon have the opportunity to weigh in on these issues, the parties submit that the stay in this case should be extended until such time as the deadline for seeking certiorari in *Bondi* has passed and no such petition has been filed, or until such time as the Supreme Court disposes of the case, either by denying the petition or by granting it and issuing some other decision.

1

April 2, 2025                                    Respectfully Submitted,

                                                /s/ David H. Thompson
John R. Monroe                                  David H. Thompson*
John Monroe Law, P.C.                           Peter A. Patterson*
156 Robert Jones Road                           William V. Bergstrom*
Dawsonville, GA 30534                           Cooper & Kirk, PLLC
(678) 362-7650                                  1523 New Hampshire Avenue, N.W.
jrm@johnmonroelaw.com                           Washington, D.C. 20036
State Bar No. 516193                            (202) 220-9600
                                                (202) 220-9601 (fax)
                                                dthompson@cooperkirk.com
                                                ppatterson@cooperkirk.com
                                                wbergstrom@cooperkirk.com
                                                *Admitted *pro hac vice*

                                                *Attorneys for Plaintiffs*

                                                /s/ Jason C. Waymire
                                                Jason C. Waymire
                                                Georgia Bar No. 742602

Building 400, Suite A                           *Attorney for Defendants*
4330 South Lee Street, NE
Buford, Georgia
(678) 541-0790
(678) 541-0789

2