IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BAUGHCUM, JR.; ZANE MEYERS; SOPHIE LONG; and FIREARMS POLICY COALITION, INC.; | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 321-036 |
| GENOLA JACKSON, in her individual capacity and in her official capacity as Judge of the Laurens County Probate Court; JANICE D. SPIRES, in her individual capacity and in her official capacity as Judge of the Houston County Probate Court; and KATHRYN B. MARTIN, in her individual capacity and in her official capacity as Judge of the Lamar County Probate Court; | * * * * * * * * * * * * * | |
| Defendants. | * | |

# ORDER

Upon consideration of the parties' "Joint Scheduling Proposal," the Court will continue the stay in the case until such time as a party (or the parties jointly) submits an appropriate scheduling proposal for consideration.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of April, 2025.

UNITED STATES DISTRICT JUDGE